IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SONDRA ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:17-cv-290-TFM |
| | ) | |
| AFFINITY LIVING GROUP, | ) | |
| d/b/a MANOR HOUSE OF | ) | |
| WATERFORD PLACE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pending before the court is a *Joint Stipulation of Dismissal With Prejudice* (Doc. 9, filed 8/8/17).  The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared."   FED. R. CIV. P. 41(a)(1)(A).   The joint stipulation is signed by both sides.  Consequently, by operation of Rule 41, this action has been dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is DIRECTED to close this case.

DONE this 14th day of August, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE